**Order filed, June 21, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00247-CV
_____

**BBG GROUP, L.L.C., MILO NICKEL AND THOMAS MICHAEL LEBLANC,**
**Appellant**

**V.**

**MBI GLOBAL, L.L.C., Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-50193**

---

## ORDER

The reporter's record in this case was due **April 9, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Marcia Barnett**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM